IN THE SUPREME COURT OF THE STATE OF NEVADA

COREY DWAYNE CHRISTENSEN,
Petitioner,
vs.
STEVEN B. WOLFSON,
Respondent.

No. 80853

FILED

APR 0 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DENYING PETITION FOR A WRIT OF CORAM NOBIS*

In this original pro se petition for a writ of coram nobis petitioner alleges that there were factual errors made at his preliminary hearing due to the State knowingly eliciting perjury from a witness, among other errors.

Having considered the petition, we deny the requested relief. The coram nobis remedy is limited in scope and not properly invoked here. *Trujillo v. State*, 129 Nev. 706, 716-719, 310 P.3d 594, 601-02 (2013) (recognizing that coram nobis is a discretionary writ and observing that its application is restricted to persons who are no longer in custody but seek to challenge a judgment of conviction in order to address a limited scope of factual errors, when those errors were material to the validity and regularity of the decision and would have precluded the judgment of conviction's entry had they been known).

20-13275

Christensen's basis for seeking relief is not cognizable on coram nobis review, as he is not challenging a judgment of conviction, pursuant to which he is no longer in custody. Accordingly, we

ORDER the petition DENIED.

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.          _____Cadish_____, J.
Hardesty                              Cadish


cc:   Corey Dwayne Christensen
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk